STATE v. MAYFIELD

No. 356P85.

Case below: 74 N.C. App. 601.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 13 August 1985.

STATE v. SINGLETARY

No. 419P85.

Case below: 75 N.C. App. 504.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 August 1985. Petition by defendant for writ of supersedeas and temporary stay denied 13 August 1985.

STATE v. SWIMM

No. 289PA85.

Case below: 74 N.C. App. 309.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 13 August 1985.

STATE v. TRIPP

No. 370P85.

Case below: 74 N.C. App. 680.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 August 1985.

STATE v. WILLIAMS

No. 335P85.

Case below: 74 N.C. App. 609.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 August 1985.